**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 1 0 2006
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES A. ALLISON | ) | |
| | ) | |
| V. | ) | 3-05-CV-2223-B |
| | ) | |
| LATTIMORE PROPERTIES, INC. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS FURTHER ORDERED that Plaintiff's motion to proceed *in forma pauperis* is denied and this action will be dismissed unless Plaintiff tenders the $250.00 filing fee to the District Clerk within ten (10) days of the filing of this order.

SO ORDERED this 10<sup>T</sup> day of Jan., 2006.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE